FILED22 FEB '18 16:02USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:18-CR- 69 JO |
|---|---|
| v. | **INDICTMENT** |
| REUBEN JAMES MANDISH, | 18 U.S.C. §§ 2252A(a)(2) and (b)(1); and 2252A(a)(5)(B) and (b)(2) |
| Defendant. | **Forfeiture Allegation** |

## THE GRAND JURY CHARGES:

### COUNTS 1-6
**(Receiving or Attempting to Receive Child Pornography)**
**(18 U.S.C. §§ 2252A(a)(2) and (b)(1))**

On or about the dates alleged below, in the District of Oregon, defendant **REUBEN JAMES MANDISH** knowingly received and attempted to receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer;

| Count | Date | Specification |
|---|---|---|
| 1. | 2/22/2015 | User "rjm" receiving and attempting to receive child pornography including data contained in thread "*7y Veridiana (Latina child prostitute)*" |
| 2. | 2/23/2015 | User "rjm" receiving and attempting to receive child pornography including data contained in thread "*Great! Videos of FATTERMAN Collection (blowjob, tastes of cum, lesbian fuck)*" |

| 3. | 2/25/2015 | User "rjm" receiving and attempting to receive child pornography including data contained in thread "*Venezuelan Latin Kids*" |
| 4. | 2/28/2015 | User "rjm" receiving and attempting to receive child pornography including data contained in thread "*HHM ASIATICA PENETRADA*" |
| 5. | 3/1/2015 | User "rjm" receiving and attempting to receive child pornography including data contained in thread "*Viba Mexico*" |
| 6. | 3/4/2015 | User "rjm" receiving and attempting to receive child pornography including data contained in thread "*Nicole 2013 8 sets corrected*" |

Each count of which is in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT 7
### (Possession of Child Pornography)
### (18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

On or about October 27, 2015, in the District of Oregon, defendant **REUBEN JAMES MANDISH** knowingly and unlawfully possessed material containing child pornography, as defined in Title 18, United States Code, Section 2256(8), including images involving prepubescent minors, separate and distinct from the child pornography alleged above in Counts 1-6 of this indictment, such visual depictions having been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, or having been produced using materials that were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of any offense in Counts 1-7 of this indictment, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any and all matter which contains visual

/ / / /

depictions received, or possessed in violation thereof, and all property used or intended to be used in any manner or part to commit or promote the commission of those violations.

Dated this __22__ day of February 2018

A TRUE BILL



OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney

Indictment                                                                                                   Page 3