| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Angela | | | |

01/13/2016

*Updated Victim Impact Statement*

Aside from the horrible truth that my daughter was horrifically abused from the ages of four to seven and her innocence was literally stolen, one of the ongoing concerns that plagues my child is that literally any person she meets on the street (or any teenage boy in her class) might have seen photos of her being cruelly debased and abused. These images have taken on a life of their own as they are passed from pedophile to pedophile. Thousands of people have been arrested with her photos in their possession. My daughter fears that people will recognize her from the photographs and will find out where she lives and come harm her or her family. My daughter is an intelligent child and she knows that these men are pleasuring themselves sexually while looking at her picture. It has created a lot of anxiety, damage to her self-esteem, and irrational fears that will require a lifetime of support/counseling to manage.

In her mind, every man she sees is a potential threat (not just her original abuser). Imagine being in fear of every single person you meet. Imagine that a boy asks you to go to the middle school dance. Is he just dating you because he has seen your photos and wants to sexually assault you? Many of her peers are quite vocal about viewing pornography on their computers. She worries that one of them will see her photos. In the past, it was easier to quiet her fears, but now she realizes that the Internet can be used to 'find anyone, anywhere'. Always lurking in the background of her mind, is the possibility that she will be identified or attacked by a pedophile who has become obsessed with her pictures.

All of her friends have social media accounts, such as Facebook or other sites, where they post 'selfies'. But my child lives in fear of posting her image on the Internet, being recognized by a pedophile who has seen her photos, and being in danger. She loses friends because they cannot understand why she doesn't want to participate in these 'normal' activities. She is ostracized. She feels alone.

The embarrassment and mental anguish of knowing that those debasing photos are still in circulation is ongoing. I urge the courts to send a clear message that trading these images is not a 'victimless' crime. It is an unending violation of her innocence and allows her to be abused over and over again by new perpetrators.

With deepest sincerity,

Mother of the Victim

**Government Exhibit #1**
**Page 1 of 45**

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
|---|---|---|---|
| Docket#: Angela | 18-CR-00069 | Request Date: | 11/09/2018 |

02/19/2014

*Victim Impact Statement*

As my daughter gets older, she is really starting to understand the enormity of what was done to her. She can see that we are drowning in hundreds of victim notification letters and emails. Her vague understanding (as a six year old) that other pedophiles have seen her pornography has been transformed into outright terror. She is fearful that one of them will recognize her in a public place, attack her, and rape her. There is a pervasive feeling of helplessness; knowing that her photos are "out there" and there is nothing we can do to stop their distribution. She has to carry the weight of that knowledge each day of her life. Although her bravery is astounding, this is a heavy burden for a twelve year old.

When my current husband was going to college, we had to move into a violent, low income, school district. She came home crying every day because of the violence she was forced to witness. It triggered all kinds of flashbacks of the abuse. The boys were starting to notice her body and were not shy about expressing their interest in her. Other girls were wishing for boyfriends and she was unable to relate to them, because she didn't want one. I actually felt it was best for her well-being to be in a private school, but we could not afford it. I wound up homeschooling her for an entire year. She is now back in a public school, but she still needs constant support with homework and describes feeling depression/fear/anxiety when around kids who act out, yell, argue or threaten others. Just last night, she cried for two hours due to her anxiety over being in the public school setting.

She knows that other kids get money from their father when parents divorce. I have had to explain that although there is a restitution order against her father for this crime; that we have not received a penny. It makes her feel worthless and used. She can't understand why other pedophiles are not also responsible for paying restitution to her. Deep down she craves justice, but is too terrified to face them in a courtroom. I know I can't replace my daughter's lost innocence. There is no way to quantify what has been stolen. My daughter spoke out against her father to save other children from becoming victims of sexual abuse. Please don't let that sacrifice be in vain. We appeal to the court system for mercy.

PLEASE find it in your hearts to demand monetary restitution for this kind little girl who has suffered sadistic sexual abuse through no fault of her own. Our hope is to send a message to potential pedophiles. Not only will you spend time in jail, but you will pay a fine for your crimes against children. Our hope is that this will serve to deter future pedophiles from viewing child pornography. It will also help me pay for the best treatment, education, and medication for her individual needs.

Respectfully Yours,

███████████

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Angela | | | |

August 17ᵗʰ, 2009

Statement to the Court

███████ has suffered horrible sexual abuse at the hands of ████████████ I am absolutely horrified that my daughter can not only describe what ejaculation looks like, but also what semen tastes like. I am saddened that when someone tells her she looks like a princess, that her mental image is of herself posing naked with a little diamond tiara. She has been through something that no one should ever experience—particularly as a child. New fears manifest themselves daily. When I go to hug her, she pulls away and is clearly uncomfortable with close physical contact. She will no longer kiss me good night on the lips or cheek. She is afraid of the shower and taking a bath and screams/cries when asked to wash. She frequently masturbates and cries/runs away when I have to apply any creams/lotions in the vaginal area to treat rashes. She is terrified of petroleum jelly and other lotions. She does not like to talk about what has happened to her and is very avoidant of the subject in both therapy and at home. ████████ hates her father for what he has done to her and realizes now that she was 'tricked' by someone she trusted. He threatened to kill ██████ to get her to participate in these sexual acts. He also told ██████ he would kill me if she told about what was happening. He showed her large knives and weapons and explained exactly how the people she loved would die. We had to move out of our house due to flashbacks of abuse (since it had taken place in almost every room of the house). When I was packing up, I actually had to call the bomb squad to remove several weapons including smoke grenades and live rounds of ammunition which had been hidden in the shed. ██████ has anxiety (difficulty sleeping) and is developing a very negative self image; vacillating between outbursts of anger and depression. She is also starting to refuse to respect adults and suddenly has developed a dislike of school, which used to be a place where she excelled. She has difficulty standing close to males and refuses any physical contact with them at all. She does not feel safe in new settings. I worry that, as an adult, she may think that she has to earn the love of a man by performing sexual acts. Most disturbing of all, is the fact that there is still child pornography of her available on the internet. There is no punishment great enough to repay what ████████████ has done to an innocent child. ██████ has suffered the ultimate betrayal and I would be thrilled to know that he is behind bars where he belongs so she can begin her process of recovery.

████████████████████████████████

Case Name:    US v Reuben Mandish          Conviction Date:    10/18/2018

Docket#:    18-CR-00069                     Request Date:    11/09/2018
At_School (Violet)

**Victim Impact Statement for "Violet"**                    September, 2016

        The following statement cannot begin to cover the totality of impact the heinous act(s) against our daughter has done. She is given a "Life" sentence by the people who download her images of her sexual abuse. She will forever have the stigma and branding of being someone's sexual object of pleasure. The lifelong impacts for our daughter are tragic and we are afraid for her future well-being.

        For four long years, our daughters' sexual abuse was recorded on camera and subsequently distributed over the internet.  Files were uploaded to secret hiding places where only other sexual abusers know about.  A secret vault that caters to child pornography. Today's Information Age of Technology where most people benefit from such advances, has and will become even more so, a living hell for our daughter.  As we all know, once something is posted over the World Wide Web, it cannot be taken back.

        The despicable images and videos will forever be available to a person who seeks and finds pleasure in abusing children.  Thousands upon thousands of people, all over the world have access to images of our little girl during her darkest days, to do as they wish with those images.  A person can download her image, create their own child pornography movie, share it with other monsters, or keep it for themselves to continuously exploit our daughter in their own private bedroom. Our daughter is a child whom does not deserve to be exploited day after day by everyone that has these images of her.  She unjustly has a lifelong sentence of abuse and exploitation.

        As our daughter grows up, and comes to realize the impacts of the sexual abuse and the methodology used in its perpetration, her adjustment into society with these torrid past experience(s) will be monumental. It will be an ongoing lifelong process for her. To reiterate, her sentence is for "LIFE".  The awareness that her sexual abuse is memorialized via the internet will forever be devastating. Although she is still a child, it won't be long until she learns and realizes that thousands of people, all over the world can view her sexual images for as long as they wish. She has no control of the circulation of those horrid videos. This is a tragedy. Our

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| At_School (Violet) | | | |

daughter will always be a victim each time another monster "enjoys" her videos. Again, this is horribly tragic, and leaves us helpless because there is nothing we can do to stop the distribution of such images.

Our daughter is bright, inquisitive and has a heart of gold. She dreams of being a school teacher, perhaps to help and educate kids who have experienced similar abuses as her. Our daughter has natural athletic abilities and is a fantastic soccer and basketball player. As her parents, we are committed to showing her what typical loving family life is; most definitely a life without ongoing sexual abuse.

Knowing that people all over the world can continue to exploit her is of the deepest concern. We dread the day we must tell our child her abuse was videotaped and distributed all over the internet. Once she fully comprehends how her suffered abuse has been spread around the internet for others to "enjoy", it will shatter her soul. I repeat, we are afraid for her physical and mental health. While out shopping or eating at a restaurant, we are constantly worried and afraid one of these online monsters would recognize her from the videos. If she is recognized, what stops them from approaching her, possibly intending to kidnap her? As her mother, this is my worst fear. As she grows older and matures, the images of her abuse remain stagnant in a creepers mind. Once she, herself realizes the impact of her abuse there is no telling how she would react. One can only imagine she has the potential to feel violated all over again, she might feel ashamed or embarrassed; she may constantly be distracted, she may even feel the abuse was her fault. Adding to these feelings, knowing that she wouldn't be able to take down her online images, would be extremely painful and unnerving. She would feel helpless. As she becomes an adult and becomes more involved in society, how will her childhood abuse and continued exploitation affect her? At this time, we are carefully and constantly monitoring her for adverse signs of the abuse. She is being monitored by a counselor in hopes to become and remain successful in the healing process. There is no telling how much counseling she will need. The sexual abuse act itself is one aspect to heal from, but the more challenging aspect is the simple fact that her abuse is forever available online.

Any person(s) caught with sexual images of our daughter deserves the most severe punishment allowed by the courts. By having our daughters' sexual abuse images online,

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| At_School (Violet) | | | |

monsters will continue to exploit her, leaving her with a tremendous amount of pain to deal with. Those individuals must be held accountable for their actions. Our daughter has a "Life" sentence of victimization and she will need help to recover from the trauma. Each person who possesses or shares the pictures and videos of her abuse should be made to contribute to the costs of her learning to cope with this burden. Please contact our attorney, Carol Hepburn, 200 First Ave W. Ste 550, Seattle, WA 98119 (206) 498-8668 concerning restitution for our daughter.

Respectfully,

Case Name:      US v Reuben Mandish          Conviction Date:      10/18/2018

Docket#:        18-CR-00069                  Request Date:         11/09/2018
CinderBlockBlue (Jane)

**Victim Impact Statement**
Jane – Victim in the *"Cinder Block Blue child pornography series"*
February 8, 2015

<u>Question:  How has the sexual abuse that you suffered impacted you?</u>
I have lots of hatred toward my father.  If I could, I would hurt him just as much as he hurt me.
He is still causing me pain.  It is still affecting me.  I have a lot of anger.  There are so many
things to be angry at in the world.  I didn't used to be like this, I used to be shy and calm.  I have
intense emotions, I feel angry or sad, and it is hard to calm down.  The sadness is terrible in
intensity because I won't stop crying and the anger is really bad too. I feel hopeless, like nothing
is going to get better.

The abuse made me more fearful of the outside world.  I'm definitely a more nervous person
than I used to be.  Everything makes me nervous.  I walk into a room and I'm really nervous.  I
always feel like something is going to happen.  I get this terrible feeling.

I'm definitely not as social.  I have terrible trust issues.  I'm really different around guys.  I
cannot have a guy doctor.  I just get really nervous and stuff.  It took me way longer than a
normal person would to get along with my stepdad.  I still don't call him Dad.  It is kind of a, not
a good word anymore.

I feel annoyed about others knowing.  Because one person knows it could become a big spiral of
everyone knowing.  I don't tell everyone, only [two friends].  I'm hoping to keep it that way.

I'm kind of fearful of any sort of violence.  Like if you lift a hand or look like you are mad, it
freaks me out.

All the marijuana he gave me, I think damaged my brain.  I have such horrible memories from it.

I don't want him to ever get out of jail and come and try to find me.

<u>Question:  How has the existence of the images and videos of the sexual abuse impacted you?</u>
I know there are like hundreds of pictures and videos on several websites.  Other people post
them, they are probably everywhere by now.  It is all across the country and probably in different
countries too.  I know you can't delete them.  It just makes me like freaked out and I know it is
never going to stop.  It is just going to keep on.  I'm sure most of them are passing it on to other
people.  People are going to come across it more frequently.  They tell their friends and their
friends see me.

Knowing people are watching what happened gives me a mix of anxiety, sadness, anger and it
disgusts me.  If they see a video of me, they know everything that went on.  It doesn't help with
my fear at all.  If it wasn't out there, I wouldn't be as fearful as I am now.

It scares me. I'm definitely afraid of running across someone who has seen them and recognizes
me.  I know for sure I'll run into people who have seen them.  It gives a more likely chance I'm
going to run into someone and get raped and stuff because someone recognizes me.  I would not

feel safe if they approached me. I don't feel safe when I am by myself. If I am alone I will be
carrying a lot of pepper spray.

I'm always in the midst of someone who has seen the videos. Like in this town. I feel self-
conscious. It freaks me out and makes me want to hide myself. I know it is definitely going to
affect my social life. If I ever run into someone like that it will make me even more distrustful
than I am. Even the thought of it makes me just want to stay inside and not come out and see the
outside world.

I feel terrible about being a part of it. I feel guilty even if I didn't do anything. If anyone sees
them they'll think I did it for the fun of it, like I actually liked it. The people that watch it, I'm
sure they get off on it and like to think that I liked it. But he always made me be good for the
videos. It could just give more hope to them because they could say, "Oh, they made so many
videos. I'll be able to do that." They'll probably get off on it and stuff and do that to their kids.

<u>Question: How do you think the existence of the images and videos of the sexual abuse will
impact your future?</u>
It doesn't give me a very bright future. I don't see myself ever getting a husband. I'm just
attracted to not all that good people. I don't see myself having children. I don't want kids
because I'm just so fearful of something happening to them, like a school shooting, rape, or their
dad ends up being a psycho. I see a lonely future.

I don't think I'm going to make it very far, like the social problems I have. Like I'm going to
walk into a job and not to talk to anyone. When I first went to school I thought about kids going
on the Internet and knowing who I am. I fear that I'd get weird looks and I wouldn't make
friends easily. I like being accepted by people and that would definitely not help. There are
some jerks out there that would bully you about it.

I always wanted to be more famous, to be a famous animator. I know that will never happen to
me. It would come out, the whole world would know. Even not being famous, it could still get
out there. One person could tell another and it goes on and on and the whole town knows. It is
what happened in [the town where I lived], it happened there. What is to stop them from telling
a person in another town?

<u>Question: How long do you think your problems will last?</u>
Up until my 40s or 50s or something.

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
|---|---|---|---|
| Docket#:<br>Cindy | 18-CR-00069 | Request Date: | 11/09/2018 |

**Victim Impact Statement**

Being sexually abused is something you never forget, no matter how hard you try. But when you have photographs of your abuse on the Internet, presently being viewed by others, it makes it even more impossible to keep it in your past and move on from it. It is like the abuse is still happening. In those pictures of me, there is a girl, trapped there, saying "please rescue me." And instead of seeing a girl being used and abused in that picture or pictures, these men decide they would rather revictimize me by using the pictures for their own sick sexual desires, and trade them with others so they can do the same.

How do they know that the girl in the picture is grown up now? They don't. And therefore instead of getting the child in the picture help and telling the police, they are allowing the child to continue to get hurt, whereas if they found a picture like that and turned it in, they could help the child.

If they think for a minute that they are not responsible because they did not take the picture or see me in person, they are dead wrong. For example, if that was a picture of someone murdering someone and they came across it and didn't let the police know, they could be liable for what they did not do because they withheld evidence. Because by not reporting what they saw they said it was okay that that happened to the person.

Imagine how you would feel if someone took your child's, your sister's, or even your photo and masturbated to it? Would it bother you to know that people you don't know are fantasizing about you sexually, especially as a child who is supposed to be protected and innocent?

I remember being forced to pose for some of the pictures and even at around 8 years old I remember feeling used. I often feel the longing inside for that childhood I never had. The effect of the abuse has not only robbed me of my childhood years, but remains in my young adult years as well. **I have had to work through a lot of turmoil in my life. I have suffered greatly with depression and low self-esteem. I used to be suicidal which led to many psychiatric hospital stays.** When I was 18 I had to leave high school and go to a residential treatment facility. I should have been going to prom and having all the high school senior moments that are forever important memories to people, yet I have none. Instead I was working on learning how to live with severe depression, self-harm and suicidal thoughts. I was in that program ten months.

My first attempt at college was a disaster. I ended up in the psychiatric ward almost more than I was in classes. I couldn't deal with the debilitating depression and self-hatred. I had to drop out of college after that year because I couldn't complete my second semester. So I was still depressed, even more hopeless and now thousands of dollars in debt from school and hospital stays. I was so depressed I couldn't go to school, let alone get a job. I knew I would have to go to another program. Again, at a time in my young adult life where I was supposed to be having fun and enjoying life, I was forced to deal with the aftermath of sexual abuse and the never-ending effects of having pornographic pictures of me as a child on the Internet.

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#:<br>Cindy | 18-CR-00069 | Request Date: | 11/09/2018 |

For a short time in college I opted into the victim notification system, where each time a picture of me came up in a case I would get a letter letting me know. After a month or so and countless notifications, I realized just how many people were viewing and using these pictures of me. I couldn't handle it so I opted right back out of it. It was an overwhelming and very re-victimizing experience realizing the reality of the situation.

After completing an 18-month program a little over a year ago, I am now living as "normal" a life as much as I can for me. I am doing well, but I must take medication to manage the depression every day. I have to go to counseling twice a week to make sure I keep on track. I can't work because it is too much for me. I am on disability. I can only take so many classes at once because I get overwhelmed easily. But I am doing better than I have in the past and I am proud of myself. I cannot let my past get to me, but it is a job to keep myself from letting that happen. I planned to be a lot farther in life than I am right now, but after all the hard work I have done, I am proud of the accomplishments that I have made. Yet there are still so many ways that my life would be different today if I had not been sexually abused and constantly reminded of it by the fact that people can still find, view, and send the pornographic pictures of me as a child online.

Case Name:    US v Reuben Mandish          Conviction Date:    10/18/2018

Docket#:      18-CR-00069                  Request Date:       11/09/2018
Hawaiian Purple

①

YOUR HONOR
GOOD MORNING AND THANK YOU FOR
THIS TIME FOR MY VOICE TO BE HEARD.
I KNOW THIS PERSON DID NOT START
THIS NIGHTMARE FOR THIS FAMILY, BUT ALL
THE SAME, IT HAPPENED. THERE ARE NO
DO-OVERS IN LIFE, WE LIVE BY OUR
SUCCESS AND FAILURES..... THAT'S LIFE!
BUT IT IS THESE BOTTOM FEEDERS THAT
ALLOW THIS SICK BEHAVIOR TO CONTINUE IN
OUR SOCIETY. SOMEHOW - SOME WAY WE
MUST FIND A WAY TO DETER THIS BEHAVIOR
FROM BECOMING MORE OF A PROBLEM IN THIS
COUNTRY THAN IT ALREADY IS.
FIRST AS A PARENT OF A CHILD OF MOLESTATION
AND EXPLOITANT AND SECOND AS A ▮▮▮▮▮ ...
I HAVE MY OWN IDEA OF JUSTICE, BUT THAT'S
NOT ACCEPTABLE IN A CIVILIZED SOCIETY.
SO HE IS LUCKY FOR THAT!!
NOW I'M SURE HIS ATTORNEY WILL COME UP
HERE AND GO ON ABOUT A POOR UPBRINGING.....
FATHER WAS NOT AROUND, MOTHER WAS
ALCOHOLIC OR DRUG ABUSER - BAD NEIGHBORHOOD TO
GROW UP IN, WHATEVER! TO MAKE IT APPEAR
TO BE SOMEONE ELSES FAULT OR SOCIETY IN
GENERAL FAILED HIM! FOR LACK OF A BETTER
WORD.... THAT IS BULLCRAP!!!
MY MOTHER RAISED MY BROTHER AND
MYSELF WHEN OUR FATHER WAS KILLED →

**Government Exhibit #1**
**Page 11 of 45**

Case Name:   US v Reuben Mandish        Conviction Date:   10/18/2018

Docket#:   18-CR-00069                  Request Date:   11/09/2018
Hawaiian Purple

②

IN A CAR WRECK WHEN I WAS ELEVEN, IN ONE OF THE WORST CITIES FOR CRIME ON THE EAST COAST - CAMDEN, NEW JERSEY! MY BROTHER AND I TURNED OUT JUST FINE, WE BOTH SERVED OUR COUNTRY WITH PRIDE, MY BROTHER IN THE ARMY AND MYSELF IN THE ████ SO TO SAY IT'S SOMEONE ELSES FAULT OR SOCIETIES FAILURE IS WRONG ON EVERY LEVEL. AS AN ADULT HE MADE A CHOICE TO ENGAGE IN THIS BEHAVIOR AND AS SUCH, SHOULD BE HELD SOLELY ACCOUNTABLE FOR THOSE ACTIONS. NO ONE ELSE

TO STEAL THE INNOCENCE OF A CHILD OR TO FEED OFF OF THAT IS NOT ACCEPTABLE! OUR CHILDREN ARE OUR FUTURE AND THE FUTURE OF THIS COUNTRY. IF WE CANNOT PROTECT THEM AND HELP THEM BECOME PRODUCTIVE MEMBERS OF SOCIETY AND SOMEDAY TAKE CARE OF US AND PROTECT US, THAN WE ARE ALREADY DEAD! OUR CHILDREN LOOK TO US FOR STRENGTH AND GUIDANCE, IF WE FAIL THEM NOW, THEN WE FAIL OURSELVES. YOU, YOUR HONOR HAVE THE POWER HERE TODAY TO SAY ENOUGH IS ENOUGH.

Case Name:    US v Reuben Mandish          Conviction Date:    10/18/2018

Docket#:    18-CR-00069                    Request Date:    11/09/2018
Hawaiian Purple

③

PLEASE YOUR HONOR, HERE TODAY
SAY ENOUGH IS ENOUGH !!

THANK YOU
RESPECTFULLY

08/26/08

To Whom it May Concern:

I am writing this statement as the mother of a child who was used to produce a series of pornographic images that have been identified in this case

I have struggled for quite some time with how to balance seeking justice on my daughter's behalf with protecting her privacy (or what is left of it after the nightmare of the past few years.) I am providing the following statement in the interest of justice, but I also ask the court to Please place under seal any court documents that contain my daughter's name, my name, or any other identifying information (such as the name and relationship to her of the abuser)

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
|---|---|---|---|
| Docket#:<br>Jan_Feb | 18-CR-00069 | Request Date: | 11/09/2018 |

**Contribution:**

From 2002-2003, my daughter was abused repeatedly to produce images for the purpose of being traded/shared over the internet. Without a market to receive and trade those images, without the encouragement of those who wanted to acquire the images, I truly believe this abuse would not have occurred.

All those who trade these images and thereby create the demand for lurid and violent depictions of children are participants in the exploitation of my daughter. Each traded picture that placed a value on inventiveness, novelty, or cruelty played a role in egging on the abuser to even more vile acts.

The pictures of my daughter were "made for trade" - her abuser adapted to serve his market- whatever his audience was looking to acquire, that's what happened to her. Torture, degradation, pain & suffering – whatever was being traded for and downloaded directly influenced what happened to her – and what is still happening to other children like her.

My daughter was exploited, not only by an individual, but also by an industry that consumes and destroys innocent children.

Producer, distributor, and consumer- everyone who participates in this evil exchange helps creates a market, casting a vote for the next abuse. Regardless or whether they directly abused children themselves, reveled in the images of suffering, or persuaded others to abuse children on their behalf (to provide images of the abuse) each participant has a responsibility for the effects.

**Effects:**

What are the effects? I've watched my daughter transformed from a buoyant, cheerful child full of energy and enthusiasm, to an anxious and fretful shadow of her former self. And I've then watched the painful struggle as she's worked to overcome the damage done, and build a new life for herself.

She still can't talk about what happened to her- just a whisper now and then with her eyes wide with horror.

During the time these pictures were being made, she had steadily been falling behind in school. And not due to any lack of ability - she tested well above average in intelligence. She seemed to be unable to focus. And no wonder. As her classmates learned to read and spell, school their biggest challenge, she had been living a silent hell, unable to communicate the source of her distress.

Even now, she has so much trouble even talking about what happened, I can't even hope to do justice in words to her suffering. Only a child who has suffered meaningless sadistic torture, for another's idle amusement, could even begin to know.

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: Jan_Feb | 18-CR-00069 | Request Date: | 11/09/2018 |

Once she was no longer being used to produce those horrible pictures, she began to recover and was able to concentrate on school like other children her age. With many months of tutoring, and constant hard work on my daughter's part, she began finally reading with confidence. Regaining lost ground in math was harder, but she was finally able to do it. She's a tough kid. She's had to be.

Throughout this nightmare, I'd longed to put my arms around my child and comfort her. But her experience left her distrustful of any touch - a hug, a kiss, an arm around the shoulder - all met with disdain and shouts of "no smooshies." For months, the only creature she would hug was the stuffed toy she carried to bed with her.

The little girl who once played at dress up and called for me to come see how beautiful she was, now hates being called pretty. She's learned that being "pretty" attracts the type of attention she dreads. After extensive therapy, she's beginning to recover now: she no longer smears food on her face, or pulls tangled hair over her eyes to hide behind, as she used to. It's less often now that she rubs her hands raw, washing them over and over again, trying to feel "clean". She even comes to mom for hugs now and then.

But the fear is not entirely gone. The strategically placed broken toys on the floor ("to hurt the feet of the bad men if they try to sneak into our house") have been replaced with martial arts lessons, which she practices with a grim determination "to learn how to protect myself". And then there's the shadow that still comes over her face if a stranger gives her an unexpected complement. The pictures are still out there...

My daughter is a courageous and resilient child, and I know that she will continue to find the strength to cope with the losses and suffering she has endured. But I also know that this will always be with her, a cross she has to bear in her life. As she grows up, looks for companionship, marries, when she holds own children in their arms- the fear and doubt brought on by this living nightmare can never be entirely erased.

**Forever**

My daughter understands that some police and social workers have seen "the pictures". The account of how she was saved - how the policemen on the internet saw that a little girl was being hurt, and wouldn't stop looking for her until she was found and rescued- she likes hearing that. But now that she's growing older and realizing the extent of the internet, she's also beginning to grasp the darker side of the story - how many people saw those same pictures as something to enjoy rather than abhor.

We have no way of knowing how many pedophiles used the pictures of her being tortured and degraded as an opportunity for personal gratification. Someday, the full realization will surely strike her. I dread the day when her anxious question "have they seen the pictures?" becomes a daily trial for her with every new face, as I know it already is for me.

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| --- | --- | --- | --- |
| Docket#:<br>Jan_Feb | 18-CR-00069 | Request Date: | 11/09/2018 |

I struggle with anger at the unbounded nature of this continuing exploitation and the arrogant callousness of those who perpetuate it.

If I had my way, each and every image of my daughter's sufferings would be burned. Then she would no longer have to worry about those images being used to further hurt or humiliate her. But as it is, there are those who have no shred of decency, and continue to copy and pass on these pictures. Each person who callously passes on those sickening pictures is exposing my daughter to further shame and humiliation. As long as this continues, the pictures will always be out there.

My child dreams of accomplishing great things in her life. She sees herself one day becoming a famous movie star, or president, or both. Whenever I think about this, I am overcome with fury at those who keep these pictures alive, always waiting to be exploited in the future by the unscrupulous to cause further pain.

**A mother's fear**

Every parent knows that there are individuals out there they desperately want to keep their children away from - the sadistic predators, the merciless fiends that would prey on young lives. Each horrible, tragic tale that appears in the paper brings the silent prayer- "not my child! Please, not my child!" My daughter has already suffered so much - it seems an outrage that anyone would put her at further risk.

But then there's the cold reality - who bothers to risk prison to acquire pictures of a child being tortured and abused? Exactly the type of fiend that a parent fears! Surely the people who pass on these pictures know they're exposing the children in them to the risk of being further victimized! But it must not matter to them.

The more widely distributed these pictures become- the larger the audience- the greater the chance that they will fall into the hands of someone who feels that just looking at the suffering is not enough. Who wants to follow up with a more personal relationship. I do not want my daughter advertised to these fiends as a victim! I don't want her to have to worry when she sees a flash of recognition in a stranger's eye that they may recognize her not as a person, but as an object for abuse!

**Not alone**

"What about the other kids?" my daughter asks me. She knows she was not alone in being exploited – her abuser used her image to trade for thousands of others. There's no answer I can give her on why her prayers for rescue were answered, when so many others have not been.

For more than a year, she suffered humiliation and torture while her pictures were being traded and her abuser practiced "improving" the product he was providing. Any one of the folks who acquired her picture could have reacted in a decent, human matter and contacted the police to let them know a helpless child was being tortured.

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#:<br>Jan_Feb | 18-CR-00069 | Request Date: | 11/09/2018 |

But they didn't – not one of them. She was only rescued when the police finally found her picture in an arrest. Everyone who downloaded or traded for those pictures, enjoyed their entertainment, and never thought to help- just prolonged her suffering.

And those other kids? The ones she still worries about? Who's moms aren't writing statements now because they don't know what's being done- because their children are still being used to produce entertainment for those who never stop to think of them as real human beings? Their suffering continues...

Worse yet are those who have been disposed of entirely (as my children and I would have been had the police not found my daughter's abuser first. I learned first hand the extremes to which those who exploit children will go when her abuser confessed to having hired men to kill us to get rid of us). Thank God my daughter was rescued' But the silent images of the unrescued children should shout just as loudly the real horror of this crime.

### Responsibility

I can find no words to express the fury I feel at those who participate in this evil, or my scorn for any attempt to minimize the responsibility by feeble claims that the crime was "victim-less". My daughter is a real person. She was horribly victimized to provide this source of "entertainment" She is exploited anew each and every time an image of her suffering is copied, traded or sold. While the crime is clearly conscienceless, it is hardly "victim-less".

I asked my daughter what she most wanted to ask of the judge. Her request: "Please, don't let them pretend no-one's getting hurt!"

She had some words for the defendant as well: "don't you know no one should do that to a little girl! Don't you know it hurts!"

As the mother of a child victimized by this crime, I would ask that the court take into consideration the damage done by this heartless crime to my daughter and others like her (including those children who still wait for someone to rescue them from their exploitation, and have no-one here today to speak for them ) and impose a sentence that takes into account the full impact of the crime on the victims.

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: Jenny | 18-CR-00069 | Request Date: | 11/09/2018 |

Victim Impact Statement

"Jenny"

I'm 18 now and so I am writing this to have my own voice in my victimization when I was a child.

I was only seven when my predator began molesting me and photographing me. It went on for two years before they found him on the internet sending pictures of me to men. Then they found me after arresting him, but my life has never been the same. I have lived my life uncomfortable with men and boys around. I am always conscious of my clothing and making sure no one can see any parts of me. I worry about the pictures of me that are out there and I hate that others see them. I have feared over the years that someone would recognize me in public. I wish only that every single one can be found and destroyed someday. It is upsetting thinking about them and I want them to go to jail for doing it.

Not many people know what happened to me and if they know anything it is not the whole truth. I don't want people to know and I want to forget it but I cannot do that all the time. I want to shut off my brain so many times.

I want my perpetrator to stay in jail forever and I fear when he gets out. It has been so hard to trust anyone, even family and friends sometimes, since he did those things to me. I went to therapy for a while but I stopped because I just wanted to forget it. With the pictures still out there I can't.

Case Name:      US v Reuben Mandish                Conviction Date:      10/18/2018

Docket#:        18-CR-00069                        Request Date:         11/09/2018
LeopardTight (formerly called Cait)

To:Whom this may concern,

What has happened to me has
affected my life dramatically.
Everyday I get reminded of it,
by hearing it on the news
and just knowing people like
that out there scares me to
death. It has made me more
aware of my envirnment
and the people around me
Knowing that some sick person
is looking at me on the computer
everyday in a way that no
one should look at a kid makes
me feel violated, it gives me
the jeebers, and it makes me
want to throw up.I don't
think I would be as normal
to day if it wasn't for my
step-mom and father. My father
is probably the most protective
father in the United States.
But im very thank ful for
that because its going to
help me in my future. Inside
im really hurt. I am a real
person and im not speaking
for just me, but for every
kid out in the world. I would
do anything to make sure
that one less kid gets hurt.
And I always will.

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#:<br>Sara | 18-CR-00069 | Request Date: | 11/09/2018 |

Impact Statement for ███████████
Dated January 8, 2007

I am not sure if we will ever know the full impact this violation has or
will have on ██████ As she enters the world of womanhood, the only one
who will know, will be ████ But what I do know is that, at one time, I
could walk up to her and give a hug and get one in return. These days I
hear, "Don't touch me", "I don't like being confined", and "Please
don't". As a parent showing your child that you love them, should not be
a hurtful experience or a constant reminder of something so ugly. Then
again, ████ is reminded of her experience on a daily basis. For
example, simply listening to the radio and the news reports of sex
offenders. I see her through my rearview mirror, simply looking down or
out the car window. Sometimes there are no words spoken, but on occasion
I have heard statements like, "why do people have children if all they
do is hurt them", "and they say we are better than animals, well animals
don't do that". Statements like this I have no comment. What can I say?
She is right.

I do know that the nightmares still continue. Some times at night, I
hear her and through experience, have learned to leave her alone. This
way I don't walk around for the next few days with a bruised cheek, all
because I tried to comfort her. ████ to this day, still fights, kicks,
and screams while sleeping. On an average, at least once a month. I know
now, not to give her a kiss on the forehead when sleeping, just simply
smile and pray for her to sleep peacefully. I also know, she sleeps with
her bedroom door locked and is easily startled. I also know, in social
groups, I watch ████ body language change. Around a group of girls,
comfortable, self-assured and confident. When talking to boys, she
slouches, poor eye contact, and speaks very little. When her brothers
have their friends over, she remains in her room for the most part.
████ is now ██ years old and yet to have a date.

We all have been affected by this violation. Financially, we were
destroyed. Our joint savings account, gone. The children's savings
account, gone. The joint checking account only had $7.94 left in it and
I was only working part-time. We had to move from our home because of
the neighbor's negative comments and inappropriate behavior. There are
emotional scars that can not be healed. Prior to everything, my oldest
Son, once was in the top 20 of his class, after having to relocate, his
desire for school diminished. He now is ranked 421 out of 527 graduating
students. He no longer desires sports, and does not have the same circle
of friends he once did. Why? "I don't want to be like him".
My second oldest Son became very introverted. Stayed in his room, slept
a lot, and did very little socializing with his peers. With in the past
year he has finally started to socialize and has academically improved.
My youngest Son stays over his one friends house so he can be with his
"adopted Dad", so my son titled him.

The overall impact this violation has had, will have, on these children
are countless. They have a lifetime sentence of emotional destruction
that can not be reversed. No matter how hard I work, how hard I try to
feed positive attitude, show emotional support, I will never be able to
erase what has been done.

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
|---|---|---|---|
| Docket#:<br>Sara | 18-CR-00069 | Request Date: | 11/09/2018 |

Impact Statement for the ▮▮▮ Family
March 18, 2008

It has been ▮▮▮ years my daughter, ▮▮▮ case has been
revealed. Since then, I have been informed on a monthly basis of
accounts where someone is being charged for having poccession of
her images that are on the internet. These images will never be
erased from the internet and will never be erased from ▮▮▮
memory. The fact that someone says to view the images is a "non-
victim" incident is obsurred. The individuals who view these
images are only feeding the perpetrayer to continue creating and
exchanging such images. Every time her image is viewed, she is a
victim all over again. Why or how you ask. Because in a sick
contourted way the individual who is viewing this, is taking
pleasure in someone else's pain. By viewing this, the perpetrary
is supplying the demand.

There fore making both parties involved, guilty.

**Government Exhibit #1**
**Page 22 of 45**

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
|---|---|---|---|
| Docket#: Sara | 18-CR-00069 | Request Date: | 11/09/2018 |

For the past six years I have heard the same statement repeatedly. I quote "victimless crime". As I am before you today, I am here to dispute that statement on behalf of my daughter. With individuals, such as yourself, processing in-appropriate images of children, such as my daughter, you are fueling the in-appropriate actions of perpetrators to continue making such images. Did you ever hear of "Demand, and Supply". Unfortunately for my daughter, your need of "supply" became "demanded" of her being forced, and I use the word "force" to its fullest definition, to accommodate your desire to view such images. I am here before you to explain why "victim less" crime is an un-excusable statement. My daughter is of my biological make; she is part of me as much as I am a part of her. It is my blood and my genes that have created and today, flow through her. She has three brothers and they too are connected because of the same biological make. My daughter was the actual victim of the physical and mental abuse to create these images you and others desire to view. But my sons and I are victims due to the result of these images being displayed, traded, sold and/or downloaded via the modern technology of computers and inter-net. All of us have been "victims". Family members were de-associating themselves with us. "Victims" because our friends made rude comments and passed judgement on us as while we were stood on the school grounds. "Victims" because society as a whole has dismissed us with the attitude that we are less of equality than others. For example, one day while walking my daughter home from school, my next door neighbor stood on her front porch and I quote, "we know what kind of daughter you have now, don't we". Those words will forever burn in me and I will never forgive the individual who spoke them to us. Just as my oldest son, who is now 18 years old, had to deal with a so-called friend who found out the truth and made derogatory comments referencing his sister. We have been ostracized by society, dismissed by family members, and judged by friends, therefore we are "victims" in every sense of the word. To say it is a "victim-less" crime is absolutely absurd. These images will never be erased from the inter-net world, and every time she is viewed, she is re-victimized. The images in my daughter's memory bank, will never be erased either. Allow me to share. Saturday, March 22, 2008, I was awakened at 2:00 a.m. with my daughter screaming, thrashing and kicking. I could hear her yelling "stop, leave me alone". I wish words could describe the heaviness in my soul, how my heart was pounding because I could hear the panic and fear in her voice. How helpless I felt knowing that I couldn't help her and that the only thing I could do is pray for it to end and that she could rest peacefully. She re-lives it, I re-live it. We will forever be "victims".

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| SpongeB (Andy) | | | |

May 6, 2014

**To Whom it May Concern:**

The name I go by is Andy from Utah, I am a male victim of child sex abuse and child pornography. My sexual abuse occurred from the ages of 6 – 12. During this time my victimization was documented and shared across the country, and is continuously being shared. My series of victimization is known as the Sponge Bob Series. The images and videos taken of me being sexually abused are one of the most widely distributed male victim series in the country.

The aspect of my victimization that is hardest to deal with is the child pornography. There are over 500 cases where criminals are either under investigation, charged or sentenced with being in possession of my images. The fact that my images are out there, and are being shared every day, is something that I think about and have to deal with every day of my life.

Since learning about the widely shared pornography, I have experienced negative changes in my life, my personality, my outlook on life and the world, and my ability to trust and interact with people. One of the main issues I deal with is anger—especially to male strangers. I am naturally suspicious, even when I see people in grocery stores or walking around my community. I fear that someone has viewed the pornography showing my abuse. I fear that I will be recognized. I struggle with extreme anger and trust issues. Some of this anger has lead me to act out aggressively—sometimes to strangers, other times to family members, friends and even though who are just trying to help me. I find it difficult to regulate my hatred, suspicions and fears. Unfortunately, to cope with my anger and to deal with the knowledge of my abuse being looked at—probably on a daily basis—I also turn to other destructive diversions such as drugs and alcohol. How else can someone live with what is happening to them over and over again? Through some therapy, I am trying to learn other coping skills but it is hard and it is a daily struggle.

I THINK ABOUT THE CHILD PORNOGRAPHY EVERY DAY! There is not one day that goes by that I don't think, with hatred, about the sick and disgusting people who view, trade, save and "get off" on my abuse when I was just a little kid and couldn't defend myself. It is sickening. I feel that every single criminal that is found with mine or another child's images should be held accountable for the highest amount possible to help us victims repair our lives. Each pervert who finds pleasure in my childhood abuse should suffer the fullest consequences of the law—be that prison, strict parole conditions, restitution, counseling, and, they should NEVER be allowed to be alone with little kids.

My images may never be taken off the internet and may always be circulating across the country, but in THIS case, with THIS defendant, I ask for justice to be served. Please hear my voice and know it is difficult for me to know there are defendants out there, like the one before you at sentencing. Please hold him accountable for his harm of me. With restitution, my hope is that I can start to heal, learn how to handle my circumstances, and build my life.

Thanks,


Andy

*Andy is my pseudonym to keep my identity private; my true identity can be confirmed by speaking with my attorney's.

Case Name:     US v Reuben Mandish          Conviction Date:     10/18/2018

Docket#:       18-CR-00069                    Request Date:        11/09/2018
Tara

3/31/17

To: US District Court

As the victim of this horrific crime that continues to follow me, I would like submit a statement.  I have tried over the years to overcome my past and not let it determine my future, but perpetrators and stalkers still find a way to view this filth.  As a child, I had no control over these acts nor the videos that were produced.  As I have aged, I'm appalled at the number of people who find this on the internet still.

From the time that this came into the public eye, I have been unable to live in my family home not only due to the fact that these crimes were made in that home so I was emotionally distraught at that, but also to the fact that harassment by people who began to watch my house and post our comings and goings in chat rooms.  Someone immediately broke our windows.  People continued to harass me and my family by turning on the water, tampering with the mailbox, throwing nails in our yard.  The last straw was someone sending sexually explicit items to my house address.  My mom was forced to vacate this house since law enforcement was unable to track the perpetrators, so my young life was topsy turvy trying to find temporary housing.  I was forced to live with different people for my protection, so the instability has caused me to live in a fear for my safety along with my remaining family.

I went through weekly counseling for several years and had night terrors for months after the original perpetrator was convicted of all his crimes, but he had shared this with more individuals who shared this.  Since this time, I have been unable to be a normal child growing into a normal teen that could come and go.  I was unable to have social media like the normal kid, because these sick individuals would find me and send me very threatening messages against my welfare.  My mom was forced to constantly follow me places – school events, sports, field trips, etc.  Even as I have grown older, there are consistent concerns for my welfare, and extreme measures are in constant force to keep me safe.  I still receive threats on line in message boards.  I have to stay off of those, because these people even tell me that I am worthless and should kill myself.  It makes me extremely angry at the individuals who view and distribute this because they are fueling this sick obsession.

Every time someone views this trash, they are once again making me re-live the most horrific part of my childhood.  I can never truly heal because the perpetrators and stalkers never allow me to do so.  Anyone viewing these videos/pictures is just as guilty for causing me or any other exploited child undue harm, unneeded stress and insecurity in a time when we need to feel safe and have a chance to heal/recover.  As a teen, I now realize the extent of people looking at these and I'm concerned about their locations fearing that they will find me.  These people need to be punished for taking away a major part of my childhood and sense of security.

I could go on but I offer these reasons the defendant should not be allowed around children for a long time.

Sincerely,

█████████

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
|---|---|---|---|
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Tara | | | |

## VICTIM IMPACT STATEMENT
### "Tara" Series

The abuse my daughter suffered and the resulting images that are out there are like a never-ending saga. The situation has an impact on every decision we make. I have to make sure my daughter is in the safest school and now college setting and that the college's police are aware of the situation. The college is private, has gates and scans licenses when people come in. This is very important because of the on-line threats she has received. Some people even tell her to kill herself. She cannot have an online presence like most people her age because men identify her from those pictures of her abuse and harass her. They know who she is and what happened to her. Some have even sent her pictures of the abuse she endured as a child.

It seems like she cannot escape from the abuse. She graduated high school in 2016, that spring she had someone once again sending her messages and pictures of that terrible time. That time it was determined to be a high school junior from her school. A year after her graduation, law enforcement went to her former high school and spoke with that student. The only reason he is not in federal prison is because he is a minor. Since she is at college, she and I text daily and I have a tracking device that she knows is on her phone. We got the tracking device when all the threats happened in 2016. I am fearful that someone will identify her through the pictures and hurt her. She is doing fine in spite of the abuse and is extremely smart in her studies, but she is always cautious. Her life is not all about college and the future like it should be. The past and her abuse is kept alive by the individuals viewing the pictures.

Considering the past threats we like to know where these defendants are situated and when they will be released. We received 12,000 emails last year and already over 7,000 this year regarding cases. This year I have noticed a huge increase with cases from the military. These people are only serving a year or two, while civilians who do this get 6-15 years. To me, those who are being paid with taxpayer dollars deserve at least the same amount of time to serve. Since they have sworn to protect our country, they are really letting the nation down even more.

Thanks for indulging my rant regarding these crimes against children.



| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
|---|---|---|---|
| Docket#:<br>Tara | 18-CR-00069 | Request Date: | 11/09/2018 |



**RESTITUTION REQUEST FOR** ███████████

| | | | | | | |
|---|---|---|---|---|---|---|
| ███ **Treatment Center** | | Billings | $ | 2,101.96 | 2008 - █████ | Ctr |
| **Counseling Sessions** | | Billings | $ | 636.36 | 2009 - █████████ | Ctr |
| | | Billings | $ | 2,332.06 | 2009 - █████ | Ctr |
| | | Billings | $ | 1,802.00 | 2010 - █████ | Ctr |

|  |  |  |  |
|---|---|---|---|
| | $ | **6,872.38** | Total incurred Counseling Sessions |

| 2008-2012 insurance prem | $ | 1,536.00 | |
| future ins. prem.until 18 yrs old | $ | 1,152.00 | |

| | $ | 600.00 | Tracker for phone in case of emergency situations |

| Mileage | miles to ███████ | | | |
| | 2008 $ | 720.00 | 2008 mileage █████████ Ctr |
| | 200 | 48 (15 visits) | |

| | 200 | 48 $ | 288.00 | 2009 mileage f████████ Ctr |
| | | | (6 visits) | |

| miles to ███████ | | | |
| 140 miles | 33.6 (22 visits) | $ | 739.20 | 2009 mileage ████████ Ctr |

| 140 miles | 33.6 (17 visits) | $ | 571.20 | 2010 mileage █████████ Ctr |

| | $ | 800.00 | future counseling estimate mileage |

| | $ | 1,330.00 | expenses for PO Box to avoid harassment- from incident forward<br>forward until out of household |

| | $ | 22,400.00 | loss of home due to unsafe location(harassment towards victim)<br>($200/month since this loss of housing for me)<br>crime - see impact statement/attachment |

| | $ | **37,008.78** | subtotal before reimbursement |

| | $ | (18,872.38) | reimbursed |

| | $ | **18,136.40** | unreimbursed expenses |

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
|---|---|---|---|
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Tara | | | |



2:33 PM
21/06/10
Accrual Basis

**Treatment Center,**
**Invoices for**
**All Transactions**

| Date | Name | Amount |
|---|---|---|
| 4/29/2009 | | 106.06 |
| 6/3/2009 | | 106.00 |
| 6/10/2009 | | 106.00 |
| 6/17/2009 | | 106.00 |
| 7/1/2009 | | 106.00 |
| 7/22/2009 | | 106.00 |
| 7/29/2009 | | 106.00 |
| 8/5/2009 | | 106.00 |
| 8/12/2009 | | 106.00 |
| 8/19/2009 | | 106.00 |
| 9/2/2009 | | 106.00 |
| 9/9/2009 | | 106.00 |
| 9/30/2009 | | 106.00 |
| 10/14/2009 | | 106.00 |
| 10/21/2009 | | 106.00 |
| 10/28/2009 | | 106.00 |
| 11/11/2009 | | 106.00 |
| 11/18/2009 | | 106.00 |
| 11/25/2009 | | 106.00 |
| 12/2/2009 | | 106.00 |
| 12/16/2009 | | 106.00 |
| 12/30/2009 | | 106.00 |
| **Total** | | **2,332.06** |

2010 -

2010    7 trips  at    106.00  each.  = 742

F

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Tara | | | |



Apr·07·2010 09:42 AM  [redacted] TREATMENT CENTER 7709199088                    1/1

9:34 AM                        [redacted] Treatment Center, Inc.
04/07/10                            **Customer QuickReport**
                                November 1, 2007 through April 7, 2010

| | Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **AB** | | | | | | | | |
| **MCAID** | | | | | | | | |
| | Invoice | 8/20/2008 | 85360 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Invoice | 8/28/2008 | 85560 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 9/2/2008 | 0373... | | 1499 · Undeposited ... | | 1200 · Accoun... | 212.12 |
| | Invoice | 9/3/2008 | 85655 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 9/9/2008 | 0374... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 9/17/2008 | 85960 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 9/24/2008 | 0377... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 9/24/2008 | 86104 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 9/30/2008 | 0378... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 10/1/2008 | 86282 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 10/7/2008 | 0378... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 10/8/2008 | 86424 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 10/14/2008 | 0380... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 10/15/2008 | 86586 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 10/21/2008 | 0382... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 10/22/2008 | 86777 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 10/28/2008 | 0383... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 11/5/2008 | 87026 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 11/11/2008 | 0385... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 11/12/2008 | 87180 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 11/18/2008 | 0386... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 11/19/2008 | 87322 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 11/25/2008 | 0387... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 11/26/2008 | 87481 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 12/3/2008 | 0388... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 12/3/2008 | 87536 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 12/9/2008 | 0390... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 12/10/2008 | 87775 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 12/16/2008 | 0391... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 12/17/2008 | 87916 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 12/23/2008 | 0392... | | –1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 1/7/2009 | 88275 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 1/13/2009 | 0396... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 1/14/2009 | 88412 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 1/20/2009 | 0397... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 4/17/2009 | 90285 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 4/21/2009 | 0412... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| **EDW** | | | | | | | | |
| **MCAID** | | | | | | | | |
| | Invoice | 1/30/2009 | 88755 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Payment | 2/3/2009 | 0399... | | 1499 · Undeposited ... | | 1200 · Accoun... | 106.06 |
| | Invoice | 2/13/2009 | 89040 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Invoice | 2/27/2009 | 89339 | | 1200 · Accounts Re... | | Services | 106.06 |
| | Invoice | 3/13/2009 | 89617 | not eligible fo... | 1200 · Accounts Re... | | Services | 0.00 |
| | Payment | 4/21/2009 | 0412... | | 1499 · Undeposited ... | | 1200 · Accoun... | 212.12 |
| **EG** | | | | | | | | |
| **Walker Co DFACS/ Serena Hitchcox** | | | | | | | | |
| | Invoice | 7/11/2008 | 84535 | | 1200 · Accounts Re... | | Evaluations | 405.00 |
| | Payment | 8/13/2008 | 105183 | | 1499 · Undeposited ... | | 1200 · Accoun... | 405.00 |

2738.32

Page 1

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Vicky (Lily) | | | |

## UPDATED VICTIM IMPACT STATEMENT FROM
## "VICKY" SERIES VICTIM—September 23, 2013

Dear Judge

I am writing to let you know that I am still having emotional and psychological problems due to knowing that the images of me being abused as a child are circulated freely on the internet. I am attending counseling or don't need it any more.  That is very far from the truth. I have been in counseling  over the last several years and am continuing on.  Many of my same problems remain but I have made good progress in dealing with the disassociation problems that I have had in the past.

I have recently gotten married and with this change to a new stage in my life I have found that I have a new set of emotional challenges.  I also have a step daughter who is just two years old.  I see myself in her in so many ways and this triggers many concerns I have about keeping her safe given the amount of people who are downloading images of me.  Because of this I know that the world is not a safe place for children.  Knowing that there are so many out there who have taken pleasure in my pain has also interfered with my intimacy with my husband.  The images which were intermittently flashing in my waking thoughts and in my nightmares are now more frequent as my marital relationship brings up things which trigger these symptoms for me.  I know now that my life will always be an emotional roller coaster because of the "public" nature of my own private hell.  Even though I know this and can see it coming, it is very hard to bear. Counseling is a rock for me and helps me hang on to what stability that I can.

I am still focused on my schooling so that I can become a counselor and psychologist myself one day and help other children who have been abused.  I have to take it more slowly than other students do as I still find that I cannot attend open classes in the usual manner.  I have not found a job that I can do and feel safe,  I have not been able to work because of the panic attacks that I get when working in public or the intrusive questions that always seem to come from co-workers in my small town.  So the restitution which I received is very important to allow me to pay for the extra schooling and to take the place of the income I would have received had I been able to work and support myself in this process.

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
|---|---|---|---|
| Docket#:<br>Vicky (Lily) | 18-CR-00069 | Request Date: | 11/09/2018 |

All of the statements in the impact statements I have given before are still true for me.  As I go on with my life the effects of these crimes still hurt me and I want the court and every one involved in the child pornography cases to understand this and how serious it is.

Thank you for reading my statement and considering me and the effects of this crime on me.

I, ⟶⟶⟶⟶⟶⟶⟶⟶, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief.  I submit the statement to the court for its use in sentencings in cases in which involve my images.

SUBSCRIBED AND SWORN TO BEFORE ME                    this
___30___ day of _September_____, 2013

STATE OF _____        :
                            : ss:
COUNTY OF _____       :

    I certify that I know or have satisfactory evidence that _____ signed this instrument, on oath, and acknowledged it as her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

    Dated this 30th day of September, 2013.

Type/printed name
Notary Public in and for the State of
My commission expires: ___11-6-13_____

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Vicky (Lily) | | | |

**Supplement to Victim Impact Statement of Vicky Series Victim**

**January 31, 2013**

I am making this supplement to my prior Victim Impact Statement to make clear that each additional time that another person downloads and sees the computer images that are now known as the "Vicky series" it does me immeasurable additional harm. I am hurt every time I hear about another criminal case that involves my images. With each criminal case that I hear about I know that many more copies of my images are spread around the internet; I know that there is a lesser and lesser chance that the horror I feel about people seeing me in this way will ever end.

It seems the cases will never stop coming. With each one I have more to talk to my therapist about. I don't know if I will ever not need a therapist. I have hopes that some day there will be no more new cases and I can then see an end to the therapy that is my lifeline now. But so far, that does not seem to be possible.

Despite feeling hurt each time I learn about another case with my images, I feel strongly that I have a right to know about every case. My attorney keeps me up to date on there being notices coming in with new and on-going cases. Even though we don't talk about the details of each case, I do know that additional notices about new cases are coming in. Each one means an additional hurt to me. This hurt is over and above the general "aching" in my heart that is always there. It tells me that someone else was enjoying my pain. It may be hard for someone else to understand, but I feel that by knowing about the cases, even though it hurts, it helps me better protect myself in some small way. My knowledge that this defendant was among those who have downloaded, looked at, and enjoyed the pictures of me at my most vulnerable has caused me more and real psychological and emotional hurt and harm.

I declare that this statement is true and correct under penalty of perjury under the laws of _____. Signed at

_____1/31/13_____.

Case Name:    US v Reuben Mandish          Conviction Date:    10/18/2018

Docket#:      18-CR-00069                  Request Date:       11/09/2018
Vicky (Lily)

### UPDATED VICTIM IMPACT STATEMENT FROM
### "VICKY" SERIES VICTIM—December 2011

I live everyday with the horrible knowledge that many people somewhere are watching the most terrifying moments of my life and taking grotesque pleasure in them. I am a victim of the worst kind of exploitation: child porn. Unlike other forms of exploitation, this one is never ending. Everyday, people are trading and sharing videos of me as a little girl being raped in the most sadistic ways. They don't know me, but they have seen every part of me. They are being entertained by my shame and pain.

My world came crashing down the day I learned that pictures of me being sexually abused had been circulated on the internet. Since then, little has changed except my understanding that the distribution of these pictures grows bigger and bigger by the day and there is nothing I can do about it. The enormity of this has added to my grief and pain, and given me a paranoia. I wonder if the people I know have seen these images. I wonder if the men I pass in the grocery store have seen them. I feel totally out of control. They are trading around my trauma like treats at a party and it feels like I am being raped all over again by every one of them. It sickens me to the core, terrifies me and makes me want to cry. So many nights I have cried myself to sleep thinking of a stranger somewhere staring at their computer with images of a naked me on the screen. I have nightmares about it often. I can never feel safe so long as my images are out there; every time they are downloaded I am exploited again, my privacy is breached, and I feel in danger again. I fear that any of them may try to find me and do something to me.

I have a right to know who has my pictures and who is trading them. While it hurts to know, not knowing makes me feel more in danger. To be criticized for wanting to know what is going on with the humiliating pictures of me, to exercise the few rights I have under the law, only makes the hurt that much worse. How can such people not understand, or care?

I am justified in my paranoia. Some of these perverts have contacted me. I have received emails suggesting making porn with these

Page 1 of 4

**Government Exhibit #1**
**Page 33 of 45**

strangers; one has stalked me.  Another created a slideshow of me on YouTube.

As I go on with my life the effects of these crimes still hurt me and I hope the court and every one involved will understand this and how serious it is.  While the abuse from my biological father was awful, as time goes on that is farther and farther away from me.  He is in jail and can never hurt me.  That is over.  The men that download my pictures are all around me for all I know and it will keep going on forever.  I have no control over it at all.  This is frightening, beyond belief.

I still have nightmares that come from knowing that pictures of me are spread around the internet by people with perverted interests in my pain.  I have panic attacks and flashbacks.  I can't sleep a lot of nights--no matter how early I go to bed or how early I wake up in the morning. Even if I've barely slept for days and I'm exhausted, sleep doesn't come easy. I take afternoon naps just to function, but something about the night time puts my mind on alert and after all these years and going to different counselors, I still haven't learned the trick to let my mind rest. When I do sleep, my dreams are vivid and I remember them for weeks. A common theme is finding myself naked in front of a crowd of people or in an enclosed space and I can't escape or run away fast enough.

Most days I can put away the thoughts of the previous night and function okay, but some days I get "stuck" and zone out. When this happens, I sit in the same spot motionless for a long time. My mind will come back at some point later in the day, maybe 30 minutes later or maybe 6 hours later. I can't remember what I did during that time but I look around my apartment for clues. This happens a few days out of the month, more frequently if I'm under a lot of stress.

I've left my home in this "zoned-out" state of mind a few times. Friends and family who've seen me in this state describe me as "loopy" and tell me that they can talk me out of it by pointing out my odd behavior and talking me through some deep breaths. They've told me my personality changes when this happens. I can't remember things I've said in that state, and when they repeat them back to me it's really surprising.

Page 2 of 4

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Vicky (Lily) | | | |

I have struggled off and on with this, which I now know is called dissociating.  This last year I felt under such stress, I started zoning out (or disassociating) a few times a week and having the personality issues so bad that my friends were really concerned about me. They kept telling me I wasn't acting normal, especially at night.  I had missed a lot of the first two weeks of school so I had the added stress of trying to catch up. I felt like I couldn't control it. I never knew when I was going to zone out and I kept missing classes and appointments. It seems crazy, but it took me a long time to recognize what was going on and to get myself to start working on my coping skills again.

School has been a struggle.  I have had to quit two different times; I cannot attend a regular college away from home due to my paranoia. Over the last year I have been disassociating and missing classes. This puts me behind and hurts my grades.  I'm doing my best to salvage my grade and do all the extra credit I can to compensate. My struggles with sleep due to the fear of unknown people watching my images and coming after me compounds all the other problems.  It frustrates me because I hate the feeling of being out of control, yet these effects can get triggered when I least expect it.

My paranoia about pornography and panic attacks have so far made a serious relationship beyond my capabilities.  The paranoia of knowing people are viewing videos of me messes with my mind and adds a back burner type of stress to my life constantly that is brought to the front of my mind by unexpected situations and still throws me for a loop, the episodes of disassociation and personality change, and stress management. Many of my PTSD symptoms have gotten better.  One thing that has gotten worse is that the stress affects my health and makes me sick. I sometimes stress out to the point of not being able to keep food down for days.  It also seems to wear down my immune system because I seem to be getting sick more often. In my efforts to counteract this I try to work on doing regular exercise, eating healthy, and taking vitamins every day.

I want you to know that dealing with the effects of the stress of random men looking at pictures of my sex abuse as a child is like a full time job that wears me down and colors every aspect of my life. Please think of me and what I am going through.

Page 3 of 4

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
|---|---|---|---|
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Vicky (Lily) | | | |

I, _____ being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencings in cases in which involve my images.

_____

SUBSCRIBED AND SWORN TO BEFORE ME                this
_____ day of _____, 2012.

_____
CAROL L. HEPBURN
Notary Public in and for the State of _____,
Residing at _____.
My commission expires 11-6-13.

Page 4 of 4

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Vicky (Lily) | | | |

**LETTER TO DEFENDANT FROM VICKY'S HUSBAND**

In my home every day is riddled with challenges: each with its own challenges that plague the mind and sear a broken heart towards callous obscurity. We chase the ghosts of the past and battle the phantoms that fight to keep that darkness circulating. Unfortunately, time can't heal all things, this is especially true as we face the persecution of a wound opened again and again for the pleasure of strangers. You have more impact than you know. It is our desire not only that justice be served, but that true change would be enacted through the enlightenment of this unfortunate situation.

I assure you that child pornography is not a victimless crime. These are not the recorded tales of mutual love, but of the violation of a child's trust and the savage destruction of their childhood; resulting in a fractured and unforgiving adulthood. There are many affects of child pornography, some more extreme than others. My wife suffers from dissociative personality disorder, which means her memory shuts off to protect her from triggers to perceived trauma. Many of these triggers (some as simple as a word) have been discovered; but as you might guess, there are still new scenarios encountered all the time. We are still unable to celebrate her birthday because of events that were beyond her control and their effects still linger today. Our family must guard our personalities very closely when using social media or other internet accounts. We have been plagued by stalker after stalker calling themselves "fans" and being oblivious to the damage they are causing a survivor of one of the most traumatic evens a human can experience.

My aim is not to hurt you with these words; I pray that you were unaware of the damage you have caused. My greatest hope is that we can meet with the realization that child pornography must stop. There are too many little girls with broken hearts, walking around feeling empty because someone wanted what was not theirs and then took it by force and coercion.

You are a participant in that crime. You became part of the problem.

I am asking you now to help us make amends for your sins and the sins of many. Please speak out against this act, impact the world around you for good, and turn away from what I can only describe as a great evil in our midst. This evil creeps into the lives of otherwise good men, and begins to corrupt the heart.

I am imperfect and so how could I expect you to be? You have already been forgiven, and I want nothing more than your full restoration without the mar of your past habits and appetites. Unfortunately, that means consequences; those that challenge you and place you in new scenarios in life. I believe that God has a plan for you, He has not cast you aside or condemned you outright. Please consider the ways that you can turn your perspective around, experience true repentance, and walk freely as a man redeemed.

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Vicky (Lily) | | | |

I don't wish you pain, I don't wish you sorrow, I only ask for your assistance in putting the light back in so many broken little girls' eyes.  Help put an end to child pornography, you have more impact than you know.

Sincerely,

Vicky's Husband

DECLARATION OF COUNSEL

This Letter to Defendant was received by me November 17, 2016 from the person I know to be the husband of the Vicky series victim.  It has not been edited or altered by me and is presented to the Court in this form to preserve the anonymity of the Vicky series victim and her family.

_____

Carol L. Hepburn

STATE OF _____    :
                                                   : ss:
COUNTY OF _____            :

I certify that I know or have satisfactory evidence that _Carol L. Hepburn_ signed this instrument, on oath, and acknowledged it as his/her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this _18th_ day of _November_, 2016.

> Notary Public
> State of Washington
> MICHELLE D SPARKS
> My Appointment Expires May 16, 2019

_Michelle D Sparks_____
Type/printed name _Michelle D. Sparks_
Notary Public in and for the State of _____-
My commission expires: _5|16|19_
Residing at: _____

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: Vicky (Lily) | 18-CR-00069 | Request Date: | 11/09/2018 |

Victim's Impact Statement – Mother of Victim Vicky Series          October 1, 2010

Your Honor and ladies and gentlemen of the court:

My daughter was raped and sexually abused in so many horrible ways, as a child, by her biological father.  He also videotaped her abuse, as he ravaged, raped, and pillaged her 10 year old body.  This sick man shared these repulsive pictures and videos of her on the internet for perverts like himself, to see.  The sexual abuse she suffered at the hands of her father, without a doubt, started her agonizing pain, but this is certainly not where her pain ends, or mine.  Yes, the memories and trauma of her abuse still haunt her, and our family, but, now, there is a new abuser.  The new abusers are the sick individuals who down load her pictures, and enjoy watching her being sexually assaulted as a child.  This sickens me!  Every time these pictures of my daughter are looked at and passed around, the depraved people doing this are furthering my daughter's pain, shame and abuse.  They pass it around like some dirty magazine, when in fact it's the footage of an abused, helpless child.  There are days when the pain from this is unbearable for me.  These vile people increase her pain, and mine.  These are certainly not the hopes and dreams I had for my little girl; this life of pain and shame.  It is so terribly sad and painful, to watch her struggle with this.  These awful people are raping my little girl all over again, by cruelly enjoying her pain and deriving some sick sexual pleasure out of it.  The knowledge of this sends me into mourning; mourning the loss of my child's dignity and well being, and mourning the fact that she suffers such deep pain.  I have watched her suffer so much already and it kills me.  I have to watch her suffer still, at the hands of people wanting to view the nightmare of her abuse, as her innocence was being robbed.  She was a child and helpless, and made to do disgusting things she did not want to do.  Approval from her biological father came only when she carried out his every dirty command.  He posed her, insisted she say certain things, and made her force a smile as he was brutalizing her.  When I think of my daughter being groomed and posed and make to feel so dirty in these perverted, and depraved pictures, and videos, it hurts me to the core.  I wonder how there can be people that could actually enjoy watching my little girl getting raped, and sexually abused.  I wish they knew how much it hurts, and how much they are worsening our pain.  Knowing that these disturbing videos of her and her abuser are being viewed, and are continuing to foster this corrupt sexual behavior, bring a lot of pain, stress and shame to her.  At the cost of here dignity, modesty, and innocence, people viewing those images of her, are furthering the terrible addiction of child pornography for themselves and others they pass it on to.  Those images are not who my daughter is, or ever wanted to be, but because she was robbed of her innocence, forced to do ugly things, and it was videotaped, she is continually being viewed as someone she is not.  She is in fact the opposite.  These offenders are still victimizing and torturing her, bringing pain and shame every time they look at those images of her.  As her mother, I share in this heartbreaking pain and the sadness this brings to me is unending.  These viewers need to understand that there is a helpless little girl on the other side of these videos, whose innocence and childhood were shattered and viewing these things make them a part of the abuse, and unimaginable pain my daughter, and our family have to face all the time.  Making viewing, and downloading child pornography is wrong and a crime.  I hope everyone can know that child pornography is not a victimless crime by the statement I've shared with you about my daughter, and our family's constant pain and struggle.

Page **1** of **3**

Case Name:     US v Reuben Mandish          Conviction Date:     10/18/2018

Docket#:       18-CR-00069                  Request Date:        11/09/2018
Vicky (Lily)

Victim's Impact Statement – Mother of Victim Vicky Series          October 1, 2010

**Update 10/01/2010**

Now as a young adult, my daughter's life is still very hard and she still struggles so much, due to her sexual abuse and it being constantly viewed. I also struggle. It is so devastating to know your child's life has been brutalized, and to make matters worse, it has been released to the public for any deviant, at the press of a button, to view and continue this sickening process of enjoying my daughter's pain.

Although, she is making progress and growing stronger, this still has a major grip on her life, as it also does on mine. She has never had a boyfriend, due to trust issues and fear of relationships. She does very well in college and is trying to open herself up more to her friends, and fellow students. This is going to be a continuing process. She feels like she is marked with a scarlet letter because of her victimization and rape, marking her with shame. The pornographic images of her are out there continually being viewed, and will continue to be forever.

If I could quote my daughter in something she often says in describing how she feels about these people downloading her images….If you can imagine having a bad picture of yourself taken, one that you're really embarrassed about ….now picture yourself naked, being raped and abused and hurt at the age of nine or ten….your pictures of abuse at the hands of someone else are now being viewed for anyone to see at the touch of a button on a computer…..these viewers are even interacting with your images of abuse. That is how she feels everyday……wondering who is going to see her next.

As I write this impact statement I find myself drained because of the emotional strain and pain that comes from reliving this horrible ongoing crime that terribly affects me and my family. It's a huge sorrow every day of my life, and my daughter's life, knowing her images of abuse are being traded, viewed, and inter acted with, by sick people using her nine year old body as a sexual thrill. To know these perverted people want to partake in, and are excited about the horror of your child's little body being raped over and over again makes me sick! These viewers know she is a child. They can very clearly see that. It makes no difference to them. They're the reason my daughter and our family have to keep reliving this horror of her abuse because they keep it going. They keep viewing it and passing it on to others. She didn't have a choice….they do!! Their choice is traumatizing my daughter and exploiting the broken pieces of her life. These viewers made the choice to descend to the lowest degree and rape her with their eyes , and with their minds, as she was being robbed of her innocence at 9 years old. I feel robbed every time I get notified of another case involving my daughter's images. I feel like some part of her is being taken and used and abused every time I hear of another perpetrator. Can you imagine how hard it is for her to regain her self esteem, dignity, and well being? It confuses me that some people in powerful positions can believe this is a victimless crime…..not only is our daughter a victim, but our family is also.

As her mother, the sadness of what has happened to her and what is still happening to her is unending. They say time is a healer of all wounds, but I have yet to feel this pain sub side.

Child pornography is a crime and those viewing it are committing a crime that always hurt the child or children who are involved. It is destructive in every way to the viewer as well. This crime needs to have severe consequences because of the devastating pain, fear, and shame it causes children. This pain

Page **2** of **3**

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Vicky (Lily) | | | |

Victim's Impact Statement – Mother of Victim Vicky Series                October 1, 2010

does not end for the child or their families, but continues on for the rest of their lives. I wish I could take away my daughter's pain and give her back what has been stolen from her. I cannot, but I am asking for accountability from the individuals who have hurt her and are continuing to hurt her. For my daughter and countless others who are victims of such a terrible and painful crime; please grant us justice today!

 Sincerely,



Page **3** of **3**



Case Name:    US v Reuben Mandish          Conviction Date:   10/18/2018

Docket#:      18-CR-00069                  Request Date:      11/09/2018
Vicky (Lily)

**VERIFICATION**

STATE OF ▮▮▮                 )
                            ) ss.
COUNTY OF ▮▮▮▮▮▮            )

I, ▮▮▮▮▮, being first duly sworn on oath hereby certify and affirm that the
victim impact statement I have given is true and accurate to the best of my knowledge
and belief.  I submit the statement to the court for its use in sentencing proceedings in
cases which involve the images of my daughter.

SUBSCRIBED AND SWORN TO before me this 16 day of October,
2010.

PRINTED/TYPED NAME: CAROL HEPBURN

NOTARY PUBLIC in and for the State of
              , residing at _____.
My Commission Expires  11-6-13 _____.

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Vicky (Lily) | | | |

Victim's Impact Statement – Step-Father of Victim Vicky Series          October 1, 2010

To whom it may concern,

My family has endured five years, to date, of a living hell because of the selfish, perverted actions of a very sick and evil individual. My daughter lived with this pain and trauma for six years prior, unable to tell anyone because of the fear she had for her biological father. We thought we were dealing with one "bad apple", but as time goes by we are finding that there are more and more of these sick individuals that are viewing, and sickly satisfying their awful desires.

We still have the haunting memories of the letters in the mail, and emails letting us know of all the individuals that are being prosecuted because they have our daughter's images, child pornographic images, on their computer. We don't' receive the notices anymore, the pain and gut wrenching reminder of receiving enough notices to over flow a 55 gallon drum is more than my family can take. It's also unfathomable to know there are so many perverts in this country and around the world. It sickens me and hurts me to the core knowing that so many perverts are viewing my little daughter as she was made to dress up like a hooker, and is molested and raped time and time again. I am heartbroken knowing that I couldn't protect my daughter. The letters and emails brought that pain up again and again and I couldn't deal with that, knowing her innocence has been torn away and now how she is continually reminded that her pictures will be there forever! This father's heart is broken.

My daughter carries her shame like a scarlet letter. She knows that if a friend or acquaintance looks her up on the internet they are going to find the ugly, horrible, awful history that eats away at her self-esteem and paralyzes or inhibits her ability to function at school and as a normal young adult. She knows that this is the challenge that she has to live with, but the horrible trauma continues to take its toll on her body and soul. The constant reminder that her pictures are out there brings forward the guilt and shame, which cause nightmares and makes her want to isolate herself from others. Each time she hears about these cases she looks so strong on the outside, but when you sit and talk with her you see the pain, you hear the struggles and feel the sadness, despair and the emotional drain that it causes.

My family is asking for Justice with each case that is brought forward with these perverted individuals. We are hoping and praying that they can understand how wrong they are and how hurtful their actions are for each victim in the pictures and videos on their computers. We want them to know that they have a choice to decide to view the images, or not, and because they have chosen to view these child pornographic images they are victimizing each child viewed… bring back the pain and suffering these children have already had to endure. Our Justice System needs to protect these children from the preying eyes and hands of these perverts, because they can't fight back, or don't know how to. Our Justice System needs to understand that there is a victim in each of these images, and each time a picture is downloaded these children are victimized again and again. Please help these perverted individuals understand the significance of what they are doing and how each child is a victim because each child has done nothing wrong.

My daughter is the strongest person that I know and I am so proud of her. It is extremely sad to see how this horrible situation continues to beat her down emotionally and physically. She still has trouble sleeping due to nightmares of the horrible trauma she went through, and also of new people finding out

**Government Exhibit #1**
**Page 43 of 45**

| | | | |
|---|---|---|---|
| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: Vicky (Lily) | 18-CR-00069 | Request Date: | 11/09/2018 |

Victim's Impact Statement – Step-Father of Victim Vicky Series                    October 1, 2010

who she is, or unknown people finding her and abusing her. She also has severe stomach aches and headaches that incapacitate her, causing her to miss school and work. I pray that she can heal from the trauma that her biological father did to her and from the constant reminders that each of these sick individuals bring with each download. I also pray for the rest of my family. The crimes against my daughter have had untold effects on our other children, my wife and myself. This "living hell" that I first mentioned is a day-to-day ordeal that can raise its ugly head at the most in-opportune times. Like my daughter, we are sometimes paralyzed by the trauma that comes from being the parents of a sexually abused child. The sad fact is this doesn't end, because my daughter's images will be out on the internet forever, continually reminding her and us of how fragile we all are. The internet is such a powerful tool, but child pornography, and how it perpetuates the re-victimization of children is an extreme consequence to our society as a whole, but specifically to our vulnerable children.

Our society views our children as precious little gifts that we should love and protect. Some sick, perverted individuals use the internet as their evil play ground to share and use in their sick, fantasy world. They choose to do this. They choose to push the buttons. They make a decision to download and view. Actions sometimes have consequences, and when actions like this happen the consequences should be powerful and lasting. Give my daughter her justice, so that she may completely heal some day.

Respectfully,



Page **2** of **2**

| Case Name: | US v Reuben Mandish | Conviction Date: | 10/18/2018 |
| Docket#: | 18-CR-00069 | Request Date: | 11/09/2018 |
| Vicky (Lily) | | | |

p

**VERIFICATION**

STATE OF _____ )
                          ) ss.
COUNTY OF ▓▓▓▓▓▓▓ )

I, ▓▓▓▓▓▓, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencing proceedings in cases which involve the images of my step-daughter.

SUBSCRIBED AND SWORN TO before me this 16 day of October, 2010.

PRINTED/TYPED NAME: CAROL Hepburn

NOTARY PUBLIC in and for the State of . . ., residing at _____

My Commission Expires 11-6-13